# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Andrezj S. Kulik                                   Case No. 16-12176-AJC
                                                          Chapter 13

_____Debtor_____/

## OBJECTION TO CLAIM

### IMPORTANT NOTICE TO CREDITOR:
### THIS IS AN OBJECTION TO YOUR CLAIM

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned [attorney][trustee] OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee][debtor(s)] object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| 1-1 | JP Morgan Chase Bank, N.A. | $13,734.72 | Please see below. |
| 2-1 | Creek Towers & Yacht Condo. | $15,846.75 | Please see below. |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

LF-24 (rev. 12/01/09)                          Page 1 of 2

1. The Debtor objects to Proof of Claim JP Morgan Chase Bank, the first mortgage on residential real property, because the mortgage will mature during the life of the plan. Accordingly, the Debtor will be filing a Motion to Value to cram down the interest rate.

2. The Debtor objects to Proof of Claim Creek Towers & Yacht Condo. because it is inconsistent with the Final Judgment entered in the state foreclosure case (No. A2015-15188-CC-05) just one month prior to filing the instant bankruptcy. Specifically, the Final Judgment dated January 6, 2016, is for 13,601.32. The Proof of claim fails to attach any evidence to support the more than $2,000 increase from the Final Judgment.

*Notwithstanding the requirements of Bankruptcy Rule 3007, up to five objections to claim may be included in one pleading.  (See Local Rule 3007-1(C).)

    Jacqueline C. Ledón
    /s/
    Attorney for Debtor
    3000 Biscayne Blvd., Suite 500
    Miami, FL 33137
    305-438-2401
    #22719, Florida

The party filing this objection to claim must file a certificate of service in accordance with Local Rule 2002-1(F).