# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
## CHAPTER 13 PLAN (Individual Adjustment of Debts)

☒ ____2nd____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: Andrzej S. Kulik    JOINT DEBTOR: _____    CASE NO.: 16-12176-AJC
Last Four Digits of SS# ___3546___    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ __577.12__ for months __1__ to __6__;
    B.    $ __879.91__ for months __7__ to __60__;
    C.    $ _____ for months ____ to ____; in order to pay the following creditors:

Administrative: Attorney's Fee - $_____ TOTAL PAID $ _____
        Balance Due   $_____ payable $_____/month (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _Creek Towers & Yacht Club Condo. Ass'n_    Arrearage on Petition Date $ _13,601.32_
Address: _9600 Griffin Road_    Arrears Payment    $ _226.69_ /month (Months __1__ to __60__)
    _Fort Lauderdale, FL 33328_    Regular Payment    $ _297.97*_/month (Months __1__ to __60__)
Account No: _Unit 3-B_

2. _____    Arrearage on Petition Date $_____
Address: _____    Arrears Payment    $_____/month (Months ____ to ____)
    _____    Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| JP Morgan Chase Bank, N.A<br>3415 Vision Drive<br>Mail Code: OH4-7142<br>Columbus, OH 43219 | real property located at 8024 Tatum Waterway Dr, #3-B, Miami Beach, FL 33141-5309<br><br>$129,070 | 3.5% | $275.26 | __7__ To __60__ | $14,864.04 |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____    Total Due $_____
    Payable    $_____/month (Months ____ to ____) Regular Payment $_____
2. _____    Total Due $_____
    Payable    $_____/month (Months ____ to ____) Regular Payment $_____

Unsecured Creditors: Pay $___0___/month (Months __1__ to __60__).
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:
*The regular condominium association maintenance fee payment is due quarterly, but has been prorated on a monthly basis.

The debtor will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured Claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

      /s/
_____    _____
Debtor    Joint Debtor
Date:____12/2/16____    Date:_____

LF-31 (rev. 01/08/10)