UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                                    Case No. 16-12176-AJC
Andrzej S Kulik                                           Chapter 13

      Debtor.                                      /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

    Lindsey Savastano, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, Specialized Loan Servicing LLC.  The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

    For reference, the property address associated with the undersigned representation is 8024 Tatum Waterway Drive, Unit 3B, Miami Beach, FL 33141.

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that I am admitted to the Bar in the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

    **I FURTHER CERTIFY** that a true and correct copy of the foregoing has been served either by CM/ECF transmission or standard first class mail this 20th day of March, 2017.

Andrzej S Kulik, 8024 Tatum Waterway Drive, Unit 3B, Miami Beach, FL 33141
Jacqueline C. Ledon, 4343 West Flagler Street, Suite 100, Miami, FL 33134
Nancy K. Neidich, POB 279806, Miramar, FL 33027
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

                                                      /s/ Lindsey Savastano
                                                      Lindsey Savastano
                                                      FL Bar # 57079
                                                      Shapiro, Fishman & Gaché, LLP
                                                      Attorney for Secured Creditor
                                                      2424 North Federal Highway
                                                      Suite 360
                                                      Boca Raton, Florida 33431
                                                      Telephone: 561-542-7621
                                                      Fax: (561) 998-6707
                                                      E-mail: Lsavastano@LOGS.com

16-298692